LORI J COSTANZO    SBN 142633
GABRIELLE J KORTE SBN 209312
COSTANZO LAW FIRM
111 North Market Street, #910
San Jose, CA 95113
Phone:    408.993.8493
Fax:      408.993.8496
Email:    Lori@costanzo-law.com

B J FADEM    SBN 118819
B J FADEM AND ASSOCIATES
111 North Market Street, #910
San Jose, CA 95113
Phone: 408.280.1220
Fax:     408.971.9940
Email:  bjfadem@fademlaw.com

Attorneys for ALLISON ROSS

UNITED STATES DISTRICT COURT, N.D. CALIFORNIA,
SAN JOSE DIVISION

| | |
|---|---|
| ALLISON ROSS,<br>　　Plaintiff,<br>vs.<br>SANTA CLARA COUNTY SHERIFF'S DEPARTMENT; SHERIFF LAURIE SMITH; DEPUTY CARY COLLA; DEPUTY PAULO CONTRERAS; DEPUTY JEFF A. JORDAHL; DEPUTY RICHARD ROWE; DEPUTY R. LOPEZ; DEPUTY C. SIMS; SERGEANT BENNER; SERGEANT ROWBERRY; DEPUTY OBERDORTER; DEPUTY RUMLEY; DEPUTY McROBERTS; DEPUTY PALONOV; COUNTY OF SANTA CLARA; and DOES 1 through 20, INCLUSIVE,<br>　　Defendants | **Case No.:  14-CV-01770-** EJD<br><br>**STIPULATION AND REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER; DECLARATION OF LORI COSTANZO IN SUPPORT** |

//

//

//

1
Stipulation and Request for Order Changing Time; [Proposed Order]

Plaintiff and Defendants, by and through their respective counsels, stipulate and request that the court change the times in the Court's Case Management Order (Docket No. 20) filed on August 8, 2014, as described below.  The parties have not requested a modification of the original Case Management Order before.

Pursuant to Local Rule 6-2, this request is accompanied by the declaration of attorney Lori Costanzo, counsel for Plaintiff.  As set forth more specifically in the declaration, in light of the Plaintiff just having filed her Second Amended Complaint on December 26, 2014, Defendants not yet having filed an Answer or other responsive pleading, Plaintiff's deposition set for January 5, 2015, as well as the need for Plaintiff to file a motion to obtain personnel files of each officer before taking each officer's deposition, the parties wish to have more time to complete discovery.

Accordingly, Plaintiff – in agreement with Defendants – is requesting a six month continuance of the respective case management dates as follows:

|  | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Fact Discovery Cut-Off | February 6, 2015 | August 6, 2015 |
| Designation of Opening Experts w/Reports | March 6, 2015 | September 4, 2015 |
| Designation of Rebuttal Experts w/Reports | March 20, 2015 | September 21, 2015 |
| Expert Discovery Cutoff | March 27, 2015 | September 28, 2015 |
| Deadline(s) for Filing Discovery Motions | *See* Civil Local Rule 37-3 | |
| Last Day for Dispositive Motion Hearing | April 3, 2015 | October 5, 2015 |
| Preliminary Pretrial Conference | January 16, 2015 | Court's convenience |
| Joint Preliminary PreTrial Conference Stmt | January 6, 2015 | July 6, 2015 |
| Trial | Not yet set | |

**IT IS SO STIPULATED.**

Dated:  December 30, 2014                                    Respectfully submitted,

                                                                    By:    /s/
                                                                    LORI COSTANZO

                                                                    Attorneys for  Plaintiff
                                                                    ALLISON ROSS

   I hereby attest that I have on file the holograph signature for the signature indicated by a "conformed" signature (/s/) within the e-filed document.

Dated:  December 30, 2014                                    Respectfully submitted,

                                                                    ORRY P. KORB
                                                                    County Counsel

                                                                    By:    /s/
                                                                    ARYN PAIGE HARRIS
                                                                    Deputy County Counsel

                                                                    Attorneys for Defendants
                                                                    SANTA CLARA COUNTY SHERIFF'S
                                                                    DEPARTMENT, ET AL.

COSTANZO LAW FIRM
111 N. MARKET STREET #910
SAN JOSE, CA 95113

Costanzo Law firm
111 N. Market Street #910
San Jose, CA 95113

**ORDER**

The Court has considered the Stipulation and request by the parties to change the time of the set forth in the court's Case Management Order (Docket No. 20). The Court having determined that the request is properly supported, hereby makes the following Order:

The Case Management Order is modified to reflect the following:

| | |
|---|---|
| Fact Discovery Cut-Off | August 6, 2015 |
| Designation of Opening Experts with Reports | September 4, 2015 |
| Designation of Rebuttal Experts with Reports | September 21, 2015 |
| Expert Discovery Cutoff | September 28, 2015 |
| Deadline(s) for Filing Discovery Motions | *See* Civil Local Rules |
| Hearing on Anticipated Dispositive Motions | 9:00 a.m. on October 1, 2015 |
| Trial Setting Conference | 11:00 a.m. on July 16, 2015 |
| Joint Trial Setting Conference Statement (see Section (C)(2) of Standing Order for Civil Case) | July 6, 2015 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 2, 2015                        By: _____
                                              EDWARD J. DAVILA
                                              U.S. District Court Judge

## DECLARATION OF LORI COSTANZO

I, Lori Costanzo, declare:

1. I am an attorney with the Costanzo Law Firm, attorneys of record for Plaintiff herein. I am licensed to practice law before the courts of the State of California and I am admitted to practice in the United States District Court for the Northern District of California.

2. I know the facts herein stated of my own personal knowledge and if called upon to do so, I could competently testify to them under oath.

3. Plaintiff's Second amended Complaint was recently filed on December 26, 2014.

4. Defendants have not yet filed an Answer or other responsive pleading to Plaintiff's Second Amended Complaint.

5. Plaintiff's deposition is scheduled to be taken on January 5, 2015.

6. Plaintiff needs to obtain copies of each individual defendant's personnel file before taking their depositions, and will likely have to file a motion to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 30, 2014, at San Jose, California.

Dated: December 30, 2014          COSTANZO LAW FIRM and the
                                  LAW OFFICES OF B J FADEM &
                                  ASSOCIATES


                                  By: /s/_____

                                  Lori J. Costanzo
                                  Attorneys for Plaintiff, ROSS