1  ORRY P. KORB, County Counsel (S.B. #114399)
   ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
2  MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
   MEGHAN F. LOISEL, Deputy County Counsel (S.B. #291400)
3  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
4  San Jose, California  95110-1770
   Telephone: (408) 299-5900
5  Facsimile:  (408) 292-7240

6  Attorneys for Defendants
   COUNTY OF SANTA CLARA, SANTA CLARA
7  COUNTY SHERIFF'S DEPARTMENT, SANTA
   CLARA COUNTY CRIME LAB, SHERIFF
8  LAURIE SMITH, GARY COLLA, PAULO
   CONTRERAS, JEFF JORDAHAL, RICHARD
9  ROWE, RUSSELL LOPEZ, CARL SIMS, DAVID
   BENNER, KEITH ROWBERRY, ADAM
10 OBERDORFER, KEVIN RUMLEY,  MICHAEL
   McROBERTS, and SERGEY PALONOV

**IT IS SO ORDERED**
Judge Edward J. Davila
DATED: 6/18/2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| ALLISON ROSS, | No. 14-01770 EJD |
| Plaintiff, | **STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION** |
| v. | |
| SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

The parties conferred with the Early Neutral Evaluation ("ENE") evaluator, Robert D. Links, and agreed that an ENE was premature at this time until the plaintiff completed depositions.  The parties request an extension of time to complete the ENE to September 30, 2015.

///

///

///

///

1

| | |
|---|---|
| Dated:  June 17, 2015 | Respectfully submitted,<br><br>COSTANZO LAW FIRM and the LAW OFFICES OF BJ FADEM & ASSOCIATES<br><br>By: _____/s/_____<br>LORI J. COSTANZO<br><br>Attorneys for Plaintiff<br>ALLISON ROSS |

I hereby attest that I have on file the holograph signatures for the signatures indicated by a "conformed" signature (/s/) within this efiled document.

| | |
|---|---|
| Dated:  June 17, 2015 | Respectfully submitted,<br><br>ORRY P. KORB<br>COUNTY COUNSEL<br><br>By: _____/s/_____<br>ARYN PAIGE HARRIS<br>Deputy County Counsel<br><br>Attorneys for Defendants<br>COUNTY OF SANTA CLARA, SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, SANTA CLARA COUNTY CRIME LAB, SHERIFF LAURIE SMITH, GARY COLLA, PAULO CONTRERAS, JEFF JORDAHAL, RICHARD ROWE, RUSSELL LOPEZ, CARL SIMS, DAVID BENNER, KEITH ROWBERRY, ADAM OBERDORFER, KEVIN RUMLEY, MICHAEL MCROBERTS, AND SERGEY PALONOV |

1128388