UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLISON M. ROSS,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTA CLARA COUNTY SHERIFF'S DEPARTMENT (SCCSD), et al.,<br><br>    Defendants. | Case No. 5:14-cv-01770-EJD<br><br>**ORDER TO SHOW CAUSE** |

On July 30, 2015, this court issued an order pursuant to a stipulation which vacated certain scheduling deadlines based on the representation that Plaintiff's counsel would, on or before July 31, 2015, file a motion to withdraw. See Docket Item No. 55. To date, however, Plaintiff's counsel has not complied as contemplated in the stipulation. Thus, it appears to the court at this time that Plaintiff's counsel will continue to represent her in this action.

Accordingly, the court hereby issues an order to show cause why the previously-imposed deadlines, including those related to expert discovery and the completion of alternative dispute resolution, should not be reinstated. If Plaintiff does not, by **August 7, 2015**, file a response to this order which demonstrates good cause in writing (1) why her counsel failed to comply with the deadline to file a motion to withdraw and (2) why the previously-imposed deadlines should not be reinstated, the court will so order.

No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: August 4, 2015

EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:14-cv-01770-EJD
ORDER TO SHOW CAUSE